STATE OF GEORGIA

COUNTY OF   WHITFIELD

RE:   Patty Joyce McBee
CASE:  15-51299-CRM

### STATEMENT GIVEN UNDER BANKRUPTCY RULES 2014 AND 5002

The Affiant hereby makes solemn oath:

1. I am a licensed real estate agent with Keller Williams Realty Atlanta Partners - Sugarloaf located at 1960 Satellite Blvd, Ste 1100, Duluth, GA 30097.

2. To the best of my knowledge I declare the following:

    a. I am, and every person in my office is, a disinterested person as defined by 11 U.S.C. § 101(14), with respect to the above-mentioned Debtor;

    b. Neither I, nor any member of this office:

        i. Holds or represents an interest adverse to this Estate;

        ii. Have had any business, professional, or other connections with the Debtor, the Debtor's attorney, or any party in interest in this case which would be adverse to this Estate;

        iii. Are related to any Judge of this Court, nor so connected now or in the past with any Judge of this Court as to render such appointment of employment improper; or

      iv.    Have any connection with the United States Trustee or with any person employed in the office of the in the office of the United States Trustee.

/s/
Beka Rickman

Sworn and Subscribed before me
This 19th day of May, 2017.

/s/
Kim Dailey
NOTARY PUBLIC
My Commission Expires: May 14, 2018

